# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3349

———————————————

United States of America

*Petitioner - Appellee*

v.

Calvin Scott Wedington

*Respondent - Appellant*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: May 15, 2020
Filed: May 22, 2020
[Unpublished]

————————

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

————————

PER CURIAM.

Calvin Wedington seeks release from involuntary commitment at the Federal Medical Center in Devens, Massachusetts. *See* 18 U.S.C. §§ 4245, 4247(h). The

district court[1] denied his motion after it found that he was still in need of treatment. On appeal, Wedington's counsel argues that this finding was clearly erroneous and requests permission to withdraw. Wedington filed a pro se supplemental brief in which he argues that he does not have a mental illness.

We conclude that the district court did not clearly err when it found that Wedington was in need of ongoing commitment. *See* 18 U.S.C. § 4245(d) (stating that a preponderance-of-the-evidence standard applies in commitment proceedings); *United States v. Bean*, 373 F.3d 877, 879 (8th Cir. 2004) (discussing the standard of review on appeal). There was sufficient evidence in the record that Wedington lacked insight into his mental illness and that, if released, he would stop taking his medication and pose a danger to himself and others. Accordingly, we affirm the judgment, *see* 8th Cir. R. 47B, and grant counsel's motion to withdraw.

_____

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.